IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRIGAN SOLUTIONS, LLC, | |
| *Plaintiff*, | Civil Action No. 2:24-cv-783 |
| v. | Hon. William S. Stickman IV |
| EFFECTIVECOST, *et al*, | |
| *Defendants*. | |

## ORDER OF COURT

AND NOW, this 10th day of July 2024, IT IS HEREBY ORDERED that Defendants' responses to Motion for Entry of Default Judgment and Permanent Injunction (ECF No. 37) are due on or before **July 31, 2024**.

IT IS FURTHER ORDERED that a videoconference motion hearing is scheduled for **August 8, 2024 at 9:30 a.m**. The Zoom invitation is provided below. Counsel for Plaintiff shall promptly serve a copy of this order upon Defendants and file proof of the same with the Court. Join Zoom Meeting by web: https://pawd-uscourts.zoomgov.com/j/1611514679

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE